**COM.**

v.

**CARTER, R.**

**1195 EDA 2016**

Superior Court of Pennsylvania.

05/16/2017

CP–51–CR–0007203–2011
(Philadelphia)

Affirmed

**COM.**

v.

**JENKINS, M.**

**1753 EDA 2016**

Superior Court of Pennsylvania.

5/16/2017

CP–51–CR–0014283–2011
(Philadelphia)

Affirmed

**COM.**

v.

**REINERT, S.**

**1836 EDA 2016**

Superior Court of Pennsylvania.

05/16/2017

CP–39–CR–0001128–1991
(Lehigh)

Affirmed

**COM.**

v.

**ROBINSON, A.**

**1937 EDA 2016**

Superior Court of Pennsylvania.

05/16/2017

CP–51–CR–0210041–1988
(Philadelphia)

Affirmed